UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

EVANGELINA MORALES ,

        Petitioner,

v.

PAMELA BONDI et al.,

        Respondents.

_____/

Case No. 1:25-cv-1472

Honorable Hala Y. Jarbou

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 2) is conditionally **GRANTED** as set forth herein.

**IT IS FURTHER ORDERED** that Respondents are directed to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days of the date of this order, or, in the alternative, immediately release Petitioner from custody.

**IT IS FURTHER ORDERED** that within six business days of the date of this order, Respondents shall file a status report with the Court to certify compliance with the Court's opinion and judgment. The status report shall include if and when the bond hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for the denial.

**IT IS FURTHER ORDERED** that the Attorney General of the United States, the Acting Director of the Executive Office of Immigration Review, and the Acting Director of ICE are

**DISMISSED** as Respondents to Petitioner's § 2241 petition (but not as Defendants to the complaint for declaratory and injunctive relief).


Dated: December 9, 2025          /s/ Hala Y. Jarbou
                                 HALA Y. JARBOU
                                 CHIEF UNITED STATES DISTRICT JUDGE